# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Eustace O Oku                          CHAPTER 13

Debtor(s)

BKY. NO. 20-21650 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 and index same on the master mailing list.

                                                             Respectfully submitted,

                                                             **/s/James C. Warmbrodt, Esquire**
                                                             James C. Warmbrodt, Esquire
                                                             Attorney I.D. No. 42524
                                                             KML Law Group, P.C.
                                                             BNY Mellon Independence Center
                                                             701 Market Street, Suite 5000
                                                             Philadelphia, PA 19106
                                                             412-430-3594
                                                             jwarmbrodt@kmllawgroup.com