| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Eustace O. Uku** | Social Security number or ITIN **xxx–xx–3832** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13   5/28/20 |
| Case number: | 20–21650–CMB | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eustace O. Uku | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 214 Farmington Road<br>Pittsburgh, PA 15215 | |
| 4. | **Debtor's attorney**<br>Name and address | Brian J. Bleasdale<br>Emerson Professional Building<br>101 Emerson Avenue<br>Aspinwall, PA 15215 | Contact phone 412–726–7713<br><br>Email:  bleasdb@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 6/10/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 6, 2020 at 03:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/4/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/6/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/24/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**7/6/20** at **03:00 PM** , Location: **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 20-21650-CMB
Eustace O. Uku                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: agro          Page 1 of 2                  Date Rcvd: Jun 10, 2020
                              Form ID: 309I       Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
```
db         +Eustace O. Uku,   214 Farmington Road,   Pittsburgh, PA 15215-1633
aty        +Anthony T. Kovalchick,   PA Office of the Attorney General,   1251 Waterfront Place,
             Mezzanine Level,   Pittsburgh, PA 15222-4227
aty        +James Warmbrodt,   KML Law Group, P.C.,   701 Market Street,   Suite 5000,
             Philadelphia, PA 19106-1541
aty        +Keri P. Ebeck,   Bernstein-Burkley,   707 Grant Street,   Suite 2200 Gulf Tower,
             Pittsburgh, PA 15219-1945
tr         +Ronda J. Winnecour,   Suite 3250, USX Tower,   600 Grant Street,   Pittsburgh, PA 15219-2702
cr         +Dep't of Revenue Office of Attorney General,   Anthony T. Kovalchick,   1251 Waterfront Place,
             Mezzanine Level,   Pittsburgh, PA 15222-4227
15246912   +Allegheny County,   John K. Weinstein, County Treasurer,   Room 108 Courthouse,
             436 Grant Street,   Pittsburgh, PA 15219-2429
15246919   +Charles A. Knoll,   408 Beaver Street,   Sewickley, PA 15143-1502
15246920   +Charles A. Knoll, Jr., Esq.,   408 1/2 Beaver Street,   Sewickley, PA 15143-1502
15246923   +City of Clairton,   551 Ravensburg Blvd,   Clairton, PA 15025-1297
15246925    Commonwealth of PA,   Department of Revenue,   Bureau of Compliance,   P.O. Box 280948,
             Harrisburg, PA 17128-0948
15246926   +Credence Resource Management,   P.O. Box 2300,   Southgate, MI 48195-4300
15246930   +Jennifer L. Cerce, Esq.,   Maiello, Brungo & Maiello, LLP,   Southside Works,
             424 S. 27th Street, Ste 210,   Pittsburgh, PA 15203-2380
15246931    Jordan Tax Service, Inc.,   P.O. Box 200,   Bethel Park, PA 15102-0200
15246932   +Joshua A. Lyons, Esq.,   301 Smithfield Street,   Pittsburgh, PA 15222-2207
15246933   +Katherine L. DiAmico, Esq.,   Portnoff Law Associates, Ltd.,   P.O. Box 391,
             Norristown, PA 19404-0391
15246934    Kristen Wetzel Ladd, Esq.,   Unruh, Turner, Burke & Frees, P.C.,   P.O. Box 515,
             West Chester, PA 19381-0515
15246935   +Michael G. McCabe, Esq.,   Goehring, Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6107
15246937   +Nissan-Infiniti LT,   P.O. Box 660366,   Dallas, TX 75266-0366
15246941    PNC Bank, N.A.,   1400 Market Street,   Philadelphia, PA 19103
15246940   +Penn HIlls Township,   12000 Frankstown Road,   2nd Floor,   Pittsburgh, PA 15235-3440
15246938   +Penn Hills School & Municipal Tax Office,   c/o Keystone Collections,   260 Aster Street,
             Pittsburgh, PA 15235-2060
15246939   +Penn Hills School District,   12200 Garland Drive,   Pittsburgh, PA 15235-3485
15246942   +Shelley Fant,   821 Old Mill Road,   Pittsburgh, PA 15238-1711
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: bleasdb@yahoo.com Jun 11 2020 03:55:53      Brian J. Bleasdale,
             Emerson Professional Building,   101 Emerson Avenue,   Aspinwall, PA  15215
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 11 2020 03:56:28      Pennsylvania Dept. of Revenue,
             Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
             Harrisburg, PA  17128-0946
ust        +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 11 2020 03:56:43
             Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
             Pittsburgh, PA 15222-3721
cr         +E-mail/Text: kburkley@bernsteinlaw.com Jun 11 2020 03:57:23      Duquesne Light Company,
             c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
15246913   +EDI: GMACFS.COM Jun 11 2020 07:38:00      Ally Financial,   P.O. Box 380901,
             Bloomington, MN 55438-0901
15246915    EDI: BANKAMER.COM Jun 11 2020 07:38:00      Bank of America,   P.O. Box 982238,
             El Paso, TX 79998
15246914   +EDI: BANKAMER.COM Jun 11 2020 07:38:00      Bank of America,   P.O. Box 31785,
             Tampa, FL 33631-3785
15249493    E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 11 2020 03:56:03      Citizens Bank N.A,
             One Citizens Bank Way JCA115,   Johnston, RI 02919
15251773    EDI: CAPITALONE.COM Jun 11 2020 07:38:00      Capital One Bank (USA), N.A.,
             by American InfoSource as agent,   PO Box 71083,   Charlotte, NC  28272-1083
15246917    EDI: CAPITALONE.COM Jun 11 2020 07:38:00      Capital One Bank USA, N.A.,   P.O. Box 30258,
             Salt Lake City, UT 84130-0258
15246916   +EDI: CAPITALONE.COM Jun 11 2020 07:38:00      Capital One Bank USA, N.A.,   P.O. Box 30281,
             Salt Lake City, UT 84130-0281
15246921   +EDI: CITICORP.COM Jun 11 2020 07:38:00      Citi,   P.O. Box 6190,   Sioux Falls, SD 57117-6190
15246922   +E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 11 2020 03:56:03      Citizens Bank,
             1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
15246924    EDI: COMCASTCBLCENT Jun 11 2020 07:38:00      Comcast,   P.O. Box 3002,
             Southeastern, PA 19398-3002
15246927   +E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2020 04:02:06
             Credit One Bank, N.A.,   P.O. Box 98872,   Las Vegas, NV 89193-8872
15246928    EDI: DIRECTV.COM Jun 11 2020 07:38:00      Directv,   P.O. Box 5007,
             Carol Stream, IL 60197-5007
15246929   +EDI: DCI.COM Jun 11 2020 07:38:00      Diversified Consultants,   P.O. Box 551268,
             Jacksonville, FL 32255-1268
```

```
District/off: 0315-2           User: agro                  Page 2 of 2                  Date Rcvd: Jun 10, 2020
                               Form ID: 309I               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15249573         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 04:01:47      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15246936        +E-mail/Text: eschrecengost@pennhills.org Jun 11 2020 03:56:05      Municipality of Penn Hills,
                  12245 Frankstown Road,    Pittsburgh, PA 15235-3405
15246944         EDI: NEXTEL.COM Jun 11 2020 07:38:00      Sprint,    P.O. Box 4191,    Carol Stream, IL 60197-4191
15246943        +EDI: SWCR.COM Jun 11 2020 07:38:00      Southwest Credit Systems,    4120 International Parkway,
                  Carrollton, TX 75007-1958
                                                                                               TOTAL: 21

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Deutsche Bank National Trust Company, as Indenture
15246918       ##+Carrington Mortgage Service,    15 Enterprise Street,    Aliso Viejo, CA 92656-2653
                                                                                               TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
```
              Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General
               akovalchick@attorneygeneral.gov
              Brian J. Bleasdale    on behalf of Debtor Eustace O. Uku bleasdb@yahoo.com
              James    Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture
               Trustee for New Century Home Equity Loan Trust 2004-1 bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 6
```