Certificate Number: 14912-PAW-DE-034618093

Bankruptcy Case Number: 20-21650



14912-PAW-DE-034618093

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2020, at 7:30 o'clock PM EDT, Eustace Uku completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  June 30, 2020                By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor