*FILING FEE PAID*    Yes (circled) / No    FILED
7/9/2020
CLERK
U.S. BANKRUPTCY
COURT - WDPA

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Uku, Eustace    JAD/TPA/(CMB)/GLT

Case Number: 20-21650

Date of Meeting: 7 / 6 / 20    Recording # _____
Debtor(s) present ✓ or Not Present ___  ( ___ No Payments Made or ___ partial payments)
Attorney for debtor(s) Bleasdale, Brian (Present ✓ or Not Present ___)
Date of Plan at § 341: _____    Applicable commitment period ___ 3 yrs ___ 5 yrs

Maurice Neumberg - Charles Knoll
Amanda Vogel Grant - PNC
Shelly Fant - self -
self employed -
SS? - not working at all this
year - management consultant
D50 16 + 17, girls -
$1,000 - $$ pulled from SSI
to resolve unsecured -
? asset - 21 old mill Road → claims
not debtor —
guarantor on mortgage
for PNC
(w) -

___ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
  ✓ 341 Meeting OR ___ Conciliation Conf. OR ___ *Contested Hearing
  On 8-25-20    at 10 am/pm Location table A →

Chapter 13 Trustee/Attorney for Trustee