# PROCEEDING MEMO

**Date: 08/05/2020 10:00 am**

**In re:    Eustace O. Uku**

**Bankruptcy No. 20-21650-CMB**
**Chapter: 13**
**Doc. # 21**

**Telephonic Appearances:  Maurice Nernberg, Esq.**
**Brian Bleasdale, Esq.**
**Ronda Winnecour, Esq.**

**Nature of Proceeding: #21 Motion for Relief from Stay**

**Additional Pleadings:  #24 Notice of Hearing & Certificate of Service**
**#27 Debtor's Response**

**Judge's Notes:**
- Nernberg: Client was successful in a fraudulent conveyance action. Asking for an opportunity to ask the lower state court to do what Superior Court directed. There is no negative effect on estate. The property is owned solely by Debtor, not in the entireties.
- Winnecour: No position on this. This is a complicated case. It will take a lot of time to determine what is property of the estate.
- Bleasedale: State court order almost 4 years old. At least two transactions that were to be reversed. Not sure why they waited 4 years to have this done.
- If the state court order was final, there seems to be no reason not to permit this. Relief from stay is appropriate. Any defenses can be raised in the state court if appropriate.

OUTCOME: Motion granted. Order entered.

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
8/5/20 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA