IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

IN RE:

EUSTACE O. UKU,                                    BANKRUPTCY NO. 20-21650-CMB

    Debtor.                                      Chapter 13

**ORDER OF COURT**                    re doc 21

AND NOW, this  5th  day of  August , 2020, it is hereby Ordered that:

    1)    Movant, Charles A. Knoll, Jr. is granted relief from the Automatic Stay pursuant to 11 U.S.C. § 362 so as to move the Common Pleas Court of Allegheny County to comply with the January 12, 2017 Superior Court Order to strike the deed from Uku to Uku and Fant for the properties located at 214 Farmington Road, Pittsburgh PA 15215 and 8260 Chaske St., Verona PA 14147;

    2)    The Common Pleas Court of Allegheny County is granted relief from the Automatic Stay and may issue an order striking the deed(s) for aforedescribed two properties and issue an order holding the transfers were void *ab initio* and such other orders as may be necessary to effectuate titling the properties in the name of Uku alone, so that they become assets in the estate of the Debtor; and,

    2)    The Debtor shall file an amended Petition to reflect the transfer of the two properties as fraudulent and include 100% of the respective properties as assets of the Estate.

FILED
8/5/20 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Eustace O. Uku  
    Debtor

Case No. 20-21650-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Aug 05, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.  
db            +Eustace O. Uku,    214 Farmington Road,    Pittsburgh, PA 15215-1633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:
       Anthony T. Kovalchick    on behalf of Creditor Dep't of Revenue   Office of Attorney General    akovalchick@attorneygeneral.gov  
       Brian J. Bleasdale    on behalf of Debtor Eustace O. Uku bleasdb@yahoo.com  
       James Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 bkgroup@kmllawgroup.com  
       Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net  
       Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
       Kristen Wetzel Ladd    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION kladd@utbf.com, nanderson@utbf.com  
       Maurice A. Nernberg, Jr.    on behalf of Creditor Charles A. Knoll, Jr. man@nernberg.com, ems@nernberg.com;naoffice@nernberg.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                              TOTAL: 10