**\*FILING FEE PAID\***  (Yes)  \_\_\_ No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Uku, Eustace__  JAD/TPA/(CMB)/GLT

Case Number: __20-21650__

Date of Meeting: __8__/__25__/__20__  Recording # _____
Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __✓__ partial payments)
Attorney for debtor(s) __Bleasdale, Brian__ (Present __✓__ or Not Present ___)
Date of Plan at § 341: __5/26/20__  Applicable commitment period ___ 3 yrs ___ 5 yrs

Nernberg for Charles Knoll
Kovalchick for PA Rev
Amanda Grant for PNC

For Exemption issue
[Debtor claimed state Exemptions,
Exemption requested info]

___ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                                ___ Order to Show Cause Requested
                                                ___ To be rescheduled by Clerk

__✓__ Confirmation Order recommended  ___ Final  __✓__ Interim
___ Amended Plan due: _____ ; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)\*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
___ 341 Meeting OR __✓__ Conciliation Conf. OR ___ \*Contested Hearing
On __10/22/20__ at __3:00__ am/(pm) Location _____

Chapter 13 Trustee/Attorney for Trustee