IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Bankruptcy No. 20-21650-CMB |
| ) | |
| EUSTACE O. UKU ) | Chapter: 13 |
|     Debtor, ) | |
| ) | |
| PNC BANK, NA ) | |
|     Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| EUSTACE O. UKU ) | |
|     Respondent ) | |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF PNC BANK, NA'S FOR LIMITED RELIEF FROM
AUTOMATIC STAY (TELEPHONIC PROCEDURE EFFECTIVE MARCH 16, 2020)**

TO THE RESPONDENT:

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant response to the Motion by no later than **September 17, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A **telephonic** hearing will be held on ___October 7, 2020, at __10:00_a.m. before Judge Carlota M. Böhm  Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear **telephonically** and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24-hours in advance.

Date of Service: August 31, 2020            __Kristen Wetzel Ladd_____
                                                                Attorney for Movant/Applicant
                                                                 _/s/_Kristen Wetzel Ladd_____
                                                                 Signature
                                                                _P.O. Box 515, West Chester, PA 19381__
                                                                Address
                                                                __610-692-1371_____

                                                  Telephone Number
                                                  _208755_____
                                                  Attorney I.D. No.