**PROCEEDING MEMO**

**Date: 10/07/2020 10:00 am**

**In re:    Eustace O. Uku**

**Bankruptcy No. 20-21650-CMB**
**Chapter: 13**
**Doc. # 45**

**Telephonic Appearances: Kristen Ladd, Esq.**
**Brian J. Bleasdale, Esq.**
**Ronda Winnecour, Esq.**

**Nature of Proceeding: #45 Motion for Relief from Stay by PNC Bank, NA**

**Additional Pleadings: #43 Notice of Hearing**
**#46 Trustee's Response**
**#52 Reply of PNC Bank NA**
**#54 Debtor's Response to PNC's Reply**

**Judge's Notes:**

- Ladd: Judgment is valid. May be revived after the 5 year period but it loses its priority to intervening creditors.
- Bleasdale: Does not appear that there is any equity in these properties so it may be moot after all. Request that motion be denied .
- Winnecour: Ask that motion be denied.
OUTCOME: Relief from stay denied. Order entered denying motion.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
10/7/20 1:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA