# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: EUSTACE O. UKU
- Case Number: 20-21650-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 22, 2020 03:00 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#2 Chapter 13 Plan Dated 05/26/2020 (NFC)
#51 Objection of PNC Bank
R / M #: 2 / 0

**Appearances:**

- Debtor: Bleasdale & Debtor
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor: Nernberg for Chuck Knoll
  Grant for PNC
  Kovalchick for PA Rev
  Cerce for Penn Hills SD & munic

**Proceedings:**

Outcome:

1. ___ Case Converted to Chapter 7
2. ___ Case Converted to Chapter 11
3. ___ Case Dismissed without Prejudice
4. ___ Case Dismissed with Prejudice
5. ___ Debtor is to inform Court within ___ days their preference to Convert or Dismiss
6. ___ The plan payment/term is increased/extended to ___, effective ___.
7. ___ Plan/Motion continued to ___ at ___.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 11/29/20
   Objections are due on or before 12/22/20
   A hearing on the Amended Plan is set for 1/14/21 at 2:30 pm.
9. ___ Contested Hearing: ___ at ___.
10. ___ Other:

Amended plan to surrender Chaske property and identify claims to be paid in case.

506 action vs Knoll to be filed in 30 days.

FILED
10/27/20 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

10/14/2020  1:50:01 PM