IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Eustace O. Uku, Debtor | Bankruptcy No. 20-21650 CMB |
| | Chapter 13 |
| Shelley Fant Uku, aka Shelley Fant, | Related to Documents Nos. 65, 68 and 70 |
| Movant | |
| vs. | |
| Eustace O. Uku, and Ronda J. Winnecour | |
| Respondents | CONSENT ORDER OF COURT |

AND NOW, this <u>9th</u> day of <u>November</u>, 2020, it is hereby ORDERED, ADJUDGED and DECREED that relief from the automatic stay is hereby GRANTED to the Movant, Shelley Fant Uku, aka Shelley Fant, as follows:

1. To take any and all necessary and/or appropriate actions to enforce the Orders of the Family Court, entered on November 16, 2015 and on April 25, 2018, at FD 15-008600 in the Court of Common Pleas of Allegheny County, Pennsylvania to protect her daughters' 529 accounts from any further withdrawals by the Debtor;

2. To take any and all necessary or appropriate action to secure orders from the Family Court giving Movant power of attorney to remove the debtor as representative payee for their daughters' social security derivative payments;

3. To proceed with appropriate action to direct the Social Security Administration to appoint the Movant as representative payee for their daughters; to direct Franklin Templeton, and its affiliate, Wesbanco, and/or its successors and/or assigns to stop any withdrawals by the Debtor from the 529 accounts; to allow Movant to proceed with appropriate action to direct the Debtor

and the Social Security Administration to produce representative payee annual statements for both daughters filed by Debtor for 2015, 2016, 2017, 2018, 2019, and 2020; to remove the Debtor from their daughters' 529 accounts.

4. To recover from the Debtor the allegedly misappropriated funds that Movant believes were taken by the Debtor, post-petition, from his daughters' 529 accounts and from their Social Security derivative payments;

5. To pursue equitable distribution in her divorce action pending in Allegheny County at No. FD 15-008600;

6. And to enforce the domestic support obligation owed by the debtor to his daughters and the Movant, pursuant to the orders of the Family Court in accordance with 23 Pa. C.S. §4345.

It is further ORDERED that the Bankruptcy Court retains jurisdiction to the extent that Movant seeks recovery from estate assets. It is further ORDERED that no equitable distribution shall be made final in the Court of Common Pleas between the Movant and the Debtor, whether by Court Order, or settlement, without the approval of the Bankruptcy Court.

BY THE COURT,

Carlota M. Böhm, Chief Judge
United States Bankruptcy Judge

Consent:

　　/s/James C. Warmbrodt, Esq.
James C. Warmbrodt, Esquire, Attorney for the Chapter 13 Trustee


　　/s/Brian Bleasdale
Brian Bleasdale, Esquire
Attorney for the Debtor, Eustace Uku

FILED
11/9/20 2:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____/s/Mary Bower Sheats_____
Mary Bower Sheats, Attorney for Shelley Fant Uku, Movant

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 20-21650-CMB
Eustace O. Uku | Chapter 13
  Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 2
Date Rcvd: Nov 09, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2020:**

**Recip ID**     **Recipient Name and Address**
db     + Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2020 at the address(es) listed below:**

**Name**     **Email Address**

Anthony T. Kovalchick
    on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
    on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 bnicholas@kmllawgroup.com

Brian J. Bleasdale
    on behalf of Debtor Eustace O. Uku bleasdb@yahoo.com

Brian J. Bleasdale
    on behalf of Defendant Eustace O. Uku bleasdb@yahoo.com

Christos A. Katsaounis
    on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

| District/off: 0315-2 | User: dsaw | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 09, 2020 | Form ID: pdf900 | Total Noticed: 1 |

David M Nernberg
    on behalf of Plaintiff Charles A. Jr. Knoll dmn@nernberg.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com

Jennifer L. Cerce
    on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Kristen Wetzel Ladd
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kladd@utbf.com  nanderson@utbf.com

Mary Bower Sheats
    on behalf of Creditor Shelley Fant Uku Mary@mbsheatslaw.com mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Maurice A. Nernberg, Jr.
    on behalf of Creditor Charles A. Knoll Jr. man@nernberg.com, ems@nernberg.com;naoffice@nernberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 15