IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 20-21650-CMB |
| | ) | |
| EUSTACE O. UKU, | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | DOCKET NO. 77 |
| _____ | ) | |
| | ) | |
| EUSTACE O. UKU, | ) | |
| | ) | HEARING DATE AND TIME: |
| Movant, | ) | JANUARY 14, 2021 AT 2:30 P.M. |
| | ) | |
| v. | ) | |
| | ) | |
| RONDA J. WINECOUR, ESQ. | ) | |
| CHAPTER 13, TRUSTEE, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I, **Brian J. Bleasdale** of the Bleasdale Law Office, PC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Debtor's Amended Plan Dated November 21, 2020 and this Certificate of Service on the parties at the addresses on the attached matrix by first class mail*.

Executed on: November 21, 2020

By: /s/ Brian J. Bleasdsale
Brian J. Bleasdale
BLEASDALE LAW OFFICE, PC
Emerson Professional Building
101 Emerson Avenue
Aspinwall, PA 15215
Tel: 412.726.7713
Fax: 412.404.8958
bbleasdale@bleasdalelaw.com

_____
*Parties served by the court electronically were not served by regular mail.

Ronda J. Winnecour, Esq.
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

US Trustee's Office
1001 Liberty Ave # 970
Pittsburgh, Pennsylvania15222

Allegheny County
John K. Weinstein, County Treasurer
Room 108 Courthouse
436 Grant Street
Pittsburgh, PA 15219

Ally Financial
P.O. Box 380901
Bloomington, MN 55438

Bank of America
P.O. Box 31785
Tampa, FL 33631-3785

Bank of America
P.O. Box 982238
El Paso, TX 79998

Capital One Bank USA, N.A.
P.O. Box 30281
Salt Lake City, UT 84130

Capital One Bank USA, N.A.
P.O. Box 30258
Salt Lake City, UT 84130-0258

Carrington Mortgage Service
15 Enterprise Street
Aliso Viejo, CA 92656

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Citi
P.O. Box 6190
Sioux Falls, SD 57117

Citizens Bank
1000 Lafayette Blvd
Bridgeport, CT 06604

City of Clairton
551 Ravensburg Blvd
Clairton, PA 15025

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002

Commonwealth of PA
Department of Revenue
Bureau of Compliance
P.O. Box 280948
Harrisburg, PA 17128-0948

Credence Resource Management
P.O. Box 2300
Southgate, MI 48195

Credit One Bank, N.A.
P.O. Box 98872
Las Vegas, NV 89193

Directv
P.O. Box 5007
Carol Stream, IL 60197-5007

Diversified Consultants
P.O. Box 551268
Jacksonville, FL 32255

Jeffrey R. Hunt, Esq.
GRB Law
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Jennifer L. Cerce, Esq.
Maiello, Brungo & Maiello, LLP
Southside Works
424 S. 27th Street, Ste 210
Pittsburgh, PA 15203

Jordan Tax Service, Inc.
P.O. Box 200
Bethel Park, PA 15102-0200

Joshua A. Lyons, Esq.

301 Smithfield Street
Pittsburgh, PA 15222

Katherine L. DiAmico, Esq.
Portnoff Law Associates, Ltd.
P.O. Box 391
Norristown, PA 19404

Kristen Wetzel Ladd, Esq.
Unruh, Turner, Burke & Frees, P.C.
P.O. Box 515
West Chester, PA 19381-0515

Maurice A. Nernberg, Esq.
Maurice A, Nernberg & Associates
301 Smithfield Street
Pittsburgh, PA 15222

Michael G. McCabe, Esq.
Goehring, Rutter & Boehm
437 Grant Street, 14th Floor
Pittsburgh, PA 15219

Municipality of Penn Hills
12245 Frankstown Road
Pittsburgh, PA 15235

Nissan-Infiniti LT
P.O. Box 660366
Dallas, TX 75266

Penn Hills School & Municipal Tax Office
c/o Keystone Collections
260 Aster Street
Pittsburgh, PA 15235

Penn Hills School District
12200 Garland Drive
Pittsburgh, PA 15235

Penn HIlls Township
12000 Frankstown Road
2nd Floor
Pittsburgh, PA 15235

Pennsylvania Department of Revenue

Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

Kristen Wetzel Ladd, Esq.
PNC Bank, N.A.
1400 Market Street
Philadelphia, PA 19103

Shelley Fant
821 Old Mill Road
Pittsburgh, PA 15238

Southwest Credit Systems
4120 International Parkway
Carrollton, TX 75007

Sprint
P.O. Box 4191
Carol Stream, IL 60197-4191