# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: EUSTACE O. UKU
- Case Number: 20-21650-CMB     Chapter: 13
- Date / Time / Room: THURSDAY, JANUARY 14, 2021 02:30 PM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
1/20/21 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#76 Amended Plan dated 11/21/2020   (NFC)
#81 Objection to Confirmation by PNC
#82 Objection to Confirmaton by Cmwlth of PA, Dept. Rev
#83 Ojbeiton to Confirmation by Charles Knoll
R/M#: 76 / 0

**Appearances:**

- Debtor: Bleasdale
- Trustee: Winnecour / Pail / Katz / DeSimone   Wormbrodt
- Creditor: Jeff Hunt - Allegheny Cnty
  Tony Kovalchick - PA Rev
  Amanda Grant - PNC
  Maurice Nernberg - Charles Knoll

**Proceedings:**

**Outcome:**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ✓ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 1/27/21 at 11:30.
10. _____ Other:

Debtor requests dismissal w/o prejudice
— contested by Charles Knoll

1/5/2021    2:08:39PM