PROCEEDING MEMO

**Date: 01/27/2021 02:00 pm**

**In re:   Eustace O. Uku**

**Bankruptcy No. 20-21650-CMB**
**Chapter: 13**
**Doc. # 76**

**Appearances via Zoom:** Maurice Nernberg, Esq.; David Nernberg, Esq.; Brian Bleasdale, Esq.; Anthony Kovalchick, Esq.; James Warmbrodt, Esq.

**Nature of Proceeding:** #76 Contested Plan Hearing
Re: Amended Plan Dated 11/21/2020

**Additional Pleadings:** #76 Amended Plan dated 11/21/2020
#81 Objection to Confirmation by PNC
#82 Objection to Confirmation by Cmwlth of PA
#83 Objection to Confirmation by Charles A. Knoll, Jr.
#85 Conciliation Minutes dated 1/14/2021

**Judge's Notes:**
- Debtor agrees to dismissal but issue is whether dismissal will be with or without prejudice. Debtor does not agree to a dismissal with prejudice.
- Re dismissal with prejudice, there have been allegations of serious items, including non-disclosure. However, dismissal with prejudice would require an evidentiary hearing.
- Concern is that as soon as return to state court, a bankruptcy case will be immediately filed again.
- Warmbrodt: Do not oppose dismissal. No position on with or without prejudice.
- Kovalchick: Do not oppose dismissal. No position on with or without prejudice.
OUTCOME:
- Case is dismissed without prejudice; Order entered.
- Debtor to be advised that, should the Debtor re-file for bankruptcy protection, depending upon the circumstances and particularly the timing of any subsequent filing, the Court will consider if it is appropriate to immediately issue a rule to show cause why the case should not be dismissed with prejudice in order to develop an evidentiary record.

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

FILED
1/27/21 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA