Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

**Eustace O. Uku**                                :     Case No. 20−21650−CMB
*Debtor(s)*                                      :     Chapter: 13
                                                    :
                                                    :
                                                    :

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

       *AND NOW,* this ***The 27th of January, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

       (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

       (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

       (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

       (4)   The Clerk shall give notice to all creditors of this dismissal.

                                                                               *Carlota M. Böhm*
                                                                    Carlota M. Böhm, Judge
                                                                   United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Eustace O. Uku  
    Debtor

Case No. 20-21650-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 4 |
| Date Rcvd: Jan 27, 2021 | Form ID: 309 | Total Noticed: 59 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eustace O. Uku, 214 Farmington Road, Pittsburgh, PA 15215-1633 |
| cr | + | County of Allegheny, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Dep't of Revenue Office of Attorney General, Anthony T. Kovalchick, 1251 Waterfront Place, Mezzanine Level, Pittsburgh, PA 15222-4227 |
| cr | + | PNC BANK NATIONAL ASSOCIATION, 1600 Market Street, 8th Floor, Philadelphia, PA 19103-7243 |
| cr | + | Penn Hills School District and Municipality of Pen, Tax Division, c/o Maiello, Brungo & Maiello, LLP, Foxpointe II, 100 Purity Rd, Ste. 3 Pittsburgh, PA 15235-4441 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Shelley Fant Uku, 821 Old Mill Road, Pittsburgh, Pa 15238-1711 |
| 15246912 | + | Allegheny County, John K. Weinstein, County Treasurer, Room 108 Courthouse, 436 Grant Street, Pittsburgh, PA 15219-2429 |
| 15246919 | + | Charles A. Knoll, 408 Beaver Street, Sewickley, PA 15143-1502 |
| 15246920 | + | Charles A. Knoll, Jr., Esq., 408 1/2 Beaver Street, Sewickley, PA 15143-1502 |
| 15288253 | + | City of Clairton, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15246923 | + | City of Clairton, 551 Ravensburg Blvd, Clairton, PA 15025-1297 |
| 15246925 | | Commonwealth of PA, Department of Revenue, Bureau of Compliance, P.O. Box 280948, Harrisburg, PA 17128-0948 |
| 15276937 | + | County of Allegheny, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15288256 | + | Fox Chapel Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin PA 15642-7539 |
| 15288257 | + | Fox Chapel Borough, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15264326 | + | Guardian Protection Services, 174 Thorn Hill Road, Warrendale, PA 15086-7528 |
| 15246930 | + | Jennifer L. Cerce, Esq., Maiello, Brungo & Maiello, LLP, Southside Works, 424 S. 27th Street, Ste 210, Pittsburgh, PA 15203-2380 |
| 15246931 | | Jordan Tax Service, Inc., P.O. Box 200, Bethel Park, PA 15102-0200 |
| 15246932 | + | Joshua A. Lyons, Esq., 301 Smithfield Street, Pittsburgh, PA 15222-2207 |
| 15246933 | + | Katherine L. DiAmico, Esq., Portnoff Law Associates, Ltd., P.O. Box 391, Norristown, PA 19404-0391 |
| 15276714 | + | Kristen Wetzel Ladd, P O BOX 515, WEST CHESTER, PA 19381-0515 |
| 15246934 | | Kristen Wetzel Ladd, Esq., Unruh, Turner, Burke & Frees, P.C., P.O. Box 515, West Chester, PA 19381-0515 |
| 15246935 | + | Michael G. McCabe, Esq., Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6107 |
| 15288255 | + | Municipality of Penn Hills, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15246937 | + | Nissan-Infiniti LT, P.O. Box 660366, Dallas, TX 75266-0366 |
| 15246941 | | PNC Bank, N.A., 1400 Market Street, Philadelphia, PA 19103 |
| 15246940 | + | Penn HIlls Township, 12000 Frankstown Road, 2nd Floor, Pittsburgh, PA 15235-3440 |
| 15254087 | + | Penn Hills Municipality, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15246938 | + | Penn Hills School & Municipal Tax Office, c/o Keystone Collections, 260 Aster Street, Pittsburgh, PA 15235-2060 |
| 15254086 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15288254 | + | Penn Hills School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15246939 | + | Penn Hills School District, 12200 Garland Drive, Pittsburgh, PA 15235-3485 |
| 15246942 | + | Shelley Fant, 821 Old Mill Road, Pittsburgh, PA 15238-1711 |
| 15267420 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15266665 | | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jan 28 2021 03:25:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15246913 | + | EDI: GMACFS.COM | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 28 2021 05:38:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 15246915 | | EDI: BANKAMER.COM | | |
| | | | Jan 28 2021 05:38:00 | Bank of America, P.O. Box 982238, El Paso, TX 79998 |
| 15246914 | + | EDI: BANKAMER.COM | | |
| | | | Jan 28 2021 05:38:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 15254204 | | EDI: BANKAMER.COM | | |
| | | | Jan 28 2021 05:38:00 | Bank of America, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 15249493 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Jan 28 2021 03:23:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 15251773 | | EDI: CAPITALONE.COM | | |
| | | | Jan 28 2021 05:38:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15246916 | + | EDI: CAPITALONE.COM | | |
| | | | Jan 28 2021 05:38:00 | Capital One Bank USA, N.A., P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15246917 | | EDI: CAPITALONE.COM | | |
| | | | Jan 28 2021 05:38:00 | Capital One Bank USA, N.A., P.O. Box 30258, Salt Lake City, UT 84130-0258 |
| 15246918 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Jan 28 2021 03:23:00 | Carrington Mortgage Service, 15 Enterprise Street, Aliso Viejo, CA 92656-2653 |
| 15252151 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | | Jan 28 2021 03:23:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 15246921 | + | EDI: CITICORP.COM | | |
| | | | Jan 28 2021 05:38:00 | Citi, P.O. Box 6190, Sioux Falls, SD 57117-6190 |
| 15246922 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Jan 28 2021 03:23:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 15246924 | | EDI: COMCASTCBLCENT | | |
| | | | Jan 28 2021 05:38:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 15246926 | + | Email/Text: bankruptcy@credencerm.com | | |
| | | | Jan 28 2021 03:25:00 | Credence Resource Management, P.O. Box 2300, Southgate, MI 48195-4300 |
| 15246927 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jan 28 2021 03:42:48 | Credit One Bank, N.A., P.O. Box 98872, Las Vegas, NV 89193-8872 |
| 15246928 | | EDI: DIRECTV.COM | | |
| | | | Jan 28 2021 05:38:00 | Directv, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 15246929 | + | EDI: DCI.COM | | |
| | | | Jan 28 2021 05:38:00 | Diversified Consultants, P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 15249573 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 28 2021 03:48:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15246936 | + | Email/Text: eschrecengost@pennhills.org | | |
| | | | Jan 28 2021 03:24:00 | Municipality of Penn Hills, 12245 Frankstown Road, Pittsburgh, PA 15235-3405 |
| 15246944 | | EDI: NEXTEL.COM | | |
| | | | Jan 28 2021 05:38:00 | Sprint, P.O. Box 4191, Carol Stream, IL 60197-4191 |
| 15246943 | + | EDI: SWCR.COM | | |
| | | | Jan 28 2021 05:38:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 15270140 | | EDI: AIS.COM | | |
| | | | Jan 28 2021 05:38:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Charles A. Knoll, Jr. |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 3 of 4 |
| Date Rcvd: Jan 27, 2021 | Form ID: 309 | Total Noticed: 59 |

cr            Commonwealth of Pennsylvania, Department of Revenu
cr            Deutsche Bank National Trust Company, as Indenture

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021            Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Anthony T. Kovalchick
on behalf of Creditor Dep't of Revenue Office of Attorney General akovalchick@attorneygeneral.gov

Brian Nicholas
on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee for New Century Home Equity Loan Trust 2004-1 bnicholas@kmllawgroup.com

Brian J. Bleasdale
on behalf of Debtor Eustace O. Uku bleasdb@yahoo.com

Brian J. Bleasdale
on behalf of Defendant Eustace O. Uku bleasdb@yahoo.com

Christos A. Katsaounis
on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue RA-occbankruptcy5@state.pa.us, RA-occbankruptcy6@state.pa.us

David M Nernberg
on behalf of Plaintiff Charles A. Jr. Knoll dmn@nernberg.com

Jeffrey R. Hunt
on behalf of Creditor County of Allegheny jhunt@grblaw.com cnoroski@grblaw.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District and Municipality of Penn Hills jlc@mbm-law.net

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Kristen Wetzel Ladd
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kladd@utbf.com nanderson@utbf.com

Mary Bower Sheats
on behalf of Creditor Shelley Fant Uku Mary@mbsheatslaw.com mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com

Maurice A. Nernberg, Jr.
on behalf of Creditor Charles A. Knoll Jr. man@nernberg.com, ems@nernberg.com;naoffice@nernberg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

District/off: 0315-2        User: dsaw        Page 4 of 4

Date Rcvd: Jan 27, 2021        Form ID: 309        Total Noticed: 59

TOTAL: 15