**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| EUSTACE O. UKU | Case No.:20-21650 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 05/28/2020  and confirmed on 08/25/2020 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 16,502.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 16,502.00 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,109.00 | |
|   Trustee Fee | 1,171.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,280.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2555 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4881 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4224 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1940 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1664 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 2,180.76 | 0.00 | 0.00 | 0.00 |
|   Acct: N185 | | | | |
| DEUTSCHE BANK NATNL TRUST CO - INDE | 0.00 | 13,221.36 | 0.00 | 13,221.36 |
|   Acct: 9891 | | | | |
| DEUTSCHE BANK NATNL TRUST CO - INDE | 14,348.92 | 0.00 | 0.00 | 0.00 |
|   Acct: 9891 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 1,412.40 | 0.00 | 0.00 | 0.00 |
|   Acct: N185 | | | | |

| 20-21650 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 4 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Secured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CITY OF CLAIRTON (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9413 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5792 | | | | |
| PENN HILLS SD & PENN HILLS MUNICIPAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6504 | | | | |
| PENN HILLS SD & PENN HILLS MUNICIPAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9271 | | | | |
| PENN HILLS SD & PENN HILLS MUNICIPAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9272 | | | | |
| PENN HILLS SD & PENN HILLS MUNICIPAL | 6,993.04 | 0.00 | 0.00 | 0.00 |
| Acct: N185 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5373 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3463 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6808 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1959 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2842 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8148 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0792 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7591 | | | | |
| PENN HILLS MUNICIPALITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9252 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 3,101.59 | 0.00 | 0.00 | 0.00 |
| Acct: 6579 | | | | |
| PA DEPARTMENT OF REVENUE* | 13,526.79 | 0.00 | 0.00 | 0.00 |
| Acct: 3832 | | | | |
| PENN HILLS SD & PENN HILLS MUNICIPAL | 2,553.77 | 0.00 | 0.00 | 0.00 |
| Acct: N185 | | | | |
| PENN HILLS MUNICIPALITY (RE TAX) | 2,077.47 | 0.00 | 0.00 | 0.00 |
| Acct: N185 | | | | |
| PNC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY OF CLAIRTON (RE TAX) | 305.30 | 0.00 | 0.00 | 0.00 |
| Acct: 6669 | | | | |
| CITY OF CLAIRTON (RE TAX) | 310.11 | 0.00 | 0.00 | 0.00 |
| Acct: 6669 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 354.36 | 0.00 | 0.00 | 0.00 |
| Acct: N185 | | | | |
| PENN HILLS SD (PENN HILLS) (RE) | 35.44 | 0.00 | 0.00 | 0.00 |
| Acct: N185 | | | | |
| PENN HILLS MUNICIPALITY (RE) | 1,814.46 | 0.00 | 0.00 | 0.00 |
| Acct: N185 | | | | |
| PENN HILLS MUNICIPALITY (RE) | 181.45 | 0.00 | 0.00 | 0.00 |
| Acct: N185 | | | | |
| | | | | 13,221.36 |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| BRIAN J BLEASDALE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EUSTACE O. UKU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| SHELLEY FANT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2961 | | | | |
| BLEASDALE LAW OFFICE PC | 4,000.00 | 2,109.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FOX CHAPEL ASD (FOX CHAP BORO) (EIT) | 703.43 | 0.00 | 0.00 | 0.00 |
| Acct: 6669 | | | | |
| FOX CHAPEL BOROUGH (EIT) | 703.43 | 0.00 | 0.00 | 0.00 |
| Acct: 6669 | | | | |

***N O N E***

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Unsecured** | | | | |
| COMMONWEALTH OF PENNSYLVANIA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0875 | | | | |
| BANK OF AMERICA NA** | 5,352.35 | 0.00 | 0.00 | 0.00 |
| Acct: 3022 | | | | |
| BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2450 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 3,895.80 | 0.00 | 0.00 | 0.00 |
| Acct: 1437 | | | | |
| LVNV FUNDING LLC | 585.70 | 0.00 | 0.00 | 0.00 |
| Acct: 4085 | | | | |
| CHARLES A KNOLL JR | 321,387.05 | 0.00 | 0.00 | 0.00 |
| Acct: 7435 | | | | |
| LVNV FUNDING LLC | 1,848.74 | 0.00 | 0.00 | 0.00 |
| Acct: 2262 | | | | |
| CITIZENS BANK NA** | 6,005.61 | 0.00 | 0.00 | 0.00 |
| Acct: 5908 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1198 | | | | |
| CREDENCE RESOURCE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3976 | | | | |
| LVNV FUNDING LLC | 1,038.84 | 0.00 | 0.00 | 0.00 |
| Acct: 7722 | | | | |
| DIVERSIFIED CONSULTANTS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7581 | | | | |
| NISSAN-INFINITI LT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1135 | | | | |
| PNC BANK | 41,043.89 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0211 | | | | |
| LVNV FUNDING LLC | 17,903.96 | 0.00 | 0.00 | 0.00 |
| Acct: 8952 | | | | |
| GUARDIAN PROTECTION SERVICES(*) | 1,770.84 | 0.00 | 0.00 | 0.00 |
| Acct: 1652 | | | | |
| UPMC PHYSICIAN SERVICES | 820.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3832 | | | | |
| UPMC HEALTH SERVICES | 350.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3832 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 207.68 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MAIELLO BRUNGO & MAEILLO LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PORTNOFF LAW ASSOCIATES LTD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DIRECTV (*) - TRUSTEE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNRUH TURNER BURKE & FREES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                    13,221.36

TOTAL CLAIMED
PRIORITY            1,406.86
SECURED            49,195.86
UNSECURED          402.210.46

Date: 03/03/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com