**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>　　EUSTACE O. UKU<br><br>　　　　Debtor(s) | Case No. 20-21650CMB |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/28/2020.

2) The plan was confirmed on 08/25/2020.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 01/27/2021.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 10.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $405,503.23.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,502.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $16,502.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,109.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,171.64 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,280.64

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALLY FINANCIAL(*) | Unsecured | 17,043.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA** | Unsecured | 12,704.00 | 5,352.35 | 5,352.35 | 0.00 | 0.00 |
| BANK OF AMERICA** | Unsecured | 293.97 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AN | Unsecured | 3,895.00 | 3,895.80 | 3,895.80 | 0.00 | 0.00 |
| CHARLES A KNOLL JR | Unsecured | 132,004.27 | 321,387.05 | 321,387.05 | 0.00 | 0.00 |
| CITIZENS BANK NA** | Unsecured | 6,005.61 | 6,005.61 | 6,005.61 | 0.00 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | NA | 305.30 | 305.30 | 0.00 | 0.00 |
| CITY OF CLAIRTON (RE TAX) | Secured | NA | 310.11 | 310.11 | 0.00 | 0.00 |
| CITY OF CLAIRTON (RE) | Secured | 305.30 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 2,452.80 | 1,412.40 | 1,412.40 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 331.16 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 289.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 289.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 289.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 289.00 | NA | NA | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (R/E TAX)* | Secured | 289.00 | 2,180.76 | 2,180.76 | 0.00 | 0.00 |
| CREDENCE RESOURCE MANAGEME | Unsecured | 298.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE BANK NATNL TRUST CO | Secured | 277,238.00 | 276,605.71 | 0.00 | 13,221.36 | 0.00 |
| DEUTSCHE BANK NATNL TRUST CO | Secured | 0.00 | 14,348.92 | 14,348.92 | 0.00 | 0.00 |
| DIVERSIFIED CONSULTANTS++ | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| FOX CHAPEL ASD (FOX CHAP BORO) | Priority | NA | 703.43 | 703.43 | 0.00 | 0.00 |
| FOX CHAPEL BOROUGH (EIT) | Priority | NA | 703.43 | 703.43 | 0.00 | 0.00 |
| GUARDIAN PROTECTION SERVICES( | Unsecured | NA | 1,770.84 | 1,770.84 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,034.80 | 1,038.84 | 1,038.84 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | NA | 17,903.96 | 17,903.96 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 1,856.00 | 1,848.74 | 1,848.74 | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 576.69 | 585.70 | 585.70 | 0.00 | 0.00 |
| NISSAN-INFINITI LT | Unsecured | 4,165.00 | NA | NA | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Secured | NA | 13,526.79 | 13,526.79 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE* | Unsecured | 11,347.90 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY | Secured | 296.82 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PENN HILLS MUNICIPALITY | Secured | 311.37 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY | Secured | 325.92 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY | Secured | 332.63 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY | Secured | 332.63 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY | Secured | 332.63 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY | Secured | 332.63 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY | Secured | 332.63 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY | Secured | 332.63 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY | Secured | 11,982.80 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX | Secured | 300.51 | 3,101.59 | 3,101.59 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE TAX | Secured | 0.00 | 2,077.49 | 2,077.47 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE) | Secured | NA | 1,814.46 | 1,814.46 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE) | Secured | NA | 181.45 | 181.45 | 0.00 | 0.00 |
| PENN HILLS SD & PENN HILLS MUNI | Secured | 0.00 | 2,553.77 | 2,553.77 | 0.00 | 0.00 |
| PENN HILLS SD & PENN HILLS MUNI | Secured | 1,515.65 | NA | NA | 0.00 | 0.00 |
| PENN HILLS SD & PENN HILLS MUNI | Secured | 1,607.30 | NA | NA | 0.00 | 0.00 |
| PENN HILLS SD & PENN HILLS MUNI | Secured | 1,683.73 | NA | NA | 0.00 | 0.00 |
| PENN HILLS SD & PENN HILLS MUNI | Secured | 1,751.41 | 6,993.04 | 6,993.04 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (RE) | Secured | NA | 354.36 | 354.36 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (RE) | Secured | NA | 35.44 | 35.44 | 0.00 | 0.00 |
| PNC BANK | Unsecured | 49,068.43 | 41,043.89 | 41,043.89 | 0.00 | 0.00 |
| PNC BANK | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| SHELLEY FANT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS* | Unsecured | 159.00 | NA | NA | 0.00 | 0.00 |
| UPMC HEALTH SERVICES | Unsecured | NA | 350.00 | 350.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES | Unsecured | NA | 820.00 | 820.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 207.68 | 207.68 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $13,221.36 | $0.00 |
| Mortgage Arrearage | $14,348.92 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $34,846.94 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$49,195.86** | **$13,221.36** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,406.86 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$1,406.86** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$402,210.46** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,280.64 |
| Disbursements to Creditors | $13,221.36 |
| **TOTAL DISBURSEMENTS** : | **$16,502.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/09/2021      By: /s/ Ronda J. Winnecour
                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**